TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*David Barton*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Barton,<br><br>       Plaintiff,<br><br>     vs.<br><br>Experian Information Solutions, Inc., an Ohio corporation,<br>Equifax Information Services, LLC, a Georgia corporation, and<br>Gateway One Lending & Finance, LLC, a foreign L.L.C.<br>                Defendants. | Case No.:  2:16-cv-00655-GMS<br><br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., <u>ONLY</u>** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian

Information Solutions, Inc., in the above-captioned case have reached a settlement.

The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant

1

1  Experian Information Solutions, Inc., ONLY, pursuant to Fed. R. Civ. P. 41(a) within

2

3  60 days.

4

   DATED: June 30, 2016                    KENT LAW OFFICES

5

6

7                                          By:___/s/   Trinette G. Kent_____

8                                          Trinette G. Kent
                                           Attorneys for Plaintiff,
9                                          David Barton

2