# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Barton,<br><br>              Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>              Defendants. | No. CV-16-00655-PHX-GMS<br><br>**ORDER** |

The Court has been advised that Plaintiff and Defendant Experian Information Solutions, Inc. have settled (Doc. 40).

**IT IS THEREFORE ORDERED** that Defendant Experian Information Solutions, Inc. will, without further Order of this Court, be dismissed with prejudice **within 60 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate Defendant Experian Information Solutions, Inc. on **September 6, 2016** without further leave of Court.

Dated this 6th day of July, 2016.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge