Tamara E. Fraser (MI State Bar No. P51997)
WILLIAMS, WILLIAMS, RATTNER &
 PLUNKETT, P.C.
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan  48009
Telephone:  248-642-0333
Fax:  248-642-0856
tefraser@wwrplaw.com

*Counsel for Defendant Experian Information
Solutions, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

David Barton,

       Plaintiff,

v.

Experian Information Solutions, Inc.,
Equifax Information Services, LLC and
Gateway One Lending & Finance, LLC,

       Defendants.

**CASE NO. 2:16-cv-00655-GMS**

STIPULATION FOR DISMISSAL OF
DEFENDANT EXPERIAN
INFORMATION SOLUTIONS, INC.,
ONLY, WITH PREJUDICE

       Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that Defendant Experian, only, be dismissed with prejudice from the above-captioned action, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED:  July 21, 2016

| Plaintiff | Defendant |
|---|---|
| /s/ Trinette G. Kent (by consent) | /s/ Tamara E. Fraser |
| TRINETTE G. KENT | TAMARA E. FRASER |
| KENT LAW OFFICES | WILLIAMS, WILLIAMS, |
| 10645 North Tatum Boulevard | RATTNER & PLUNKETT, P.C. |
| Suite 200-192 | 380 N. Old Woodward Avenue |
| Phoenix, Arizona  85028 | Suite 300 |
| *Attorney for Plaintiff* | Birmingham, Michigan  48009 |
| | *Attorney for Defendant Experian* |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 21, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Trinette G. Kent, Esq.
tkent@kentlawpc.com

Mark S. Sifferman, Esq.
msifferman@clarkhill.com

Jonathan Adam Dessaules, Esq.
jdessaules@dessauleslaw.com

Amanda Fay Jenkins, Esq.
ajenkins@swlaw.com

/s/ Stephanie L. Nelem
Stephanie L. Nelem

2