Christopher Andrew Meyers (#032558)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6562
Facsimile:  602.382.6070
E-Mail: cmeyers@swlaw.com

J Anthony Love
King & Spalding LLP - Atlanta, GA
1180 Peachtree St. NE
Atlanta, GA 30309
Telephone:  404-572-4600
Facsimile:  404-572-5100
Email: tlove@kslaw.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Barton,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-00655-GMS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff David Barton ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax"), through counsel, that any and all claims of the Plaintiff against Defendant Equifax are hereby dismissed with prejudice.  The parties further stipulate that the effect of this Stipulation will be to dismiss the entire action against Equifax with prejudice.

IT IS FURTHER STIPULATED AND AGREED that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against Equifax with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This 16th day of December, 2016.

By: *Trinette G. Kent*
Trinette G Kent
Kent Law Offices
10645 N Tatum Blvd.
Suite 200-192
Phoenix, AZ 85028
Email: tkent@kentlawpc.com

Gary Nitzkin
Travis L Shackelford
Michigan Consumer Credit Lawyers
22142 W Nine Mile Rd.
Southfield, MI 48033
Email: gary@micreditlawyer.com
Email: travis@micreditlawyer.com

*Attorneys for Plaintiff*

KING & SPALDING LLP

By: *s/ J Anthony Love*
J Anthony Love
King & Spalding LLP
1180 Peachtree St. NE
Atlanta, GA 30309
Telephone: 404-572-4600
Facsimile: 404-572-5100

Email: tlove@kslaw.com
*Admitted Pro Hac Vice*

Christopher Andrew Meyers
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Attorneys for Plaintiff Equifax Information Services LLC

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing via U.S. Mail to the following attorneys of record:

Trinette G Kent
Kent Law Offices
10645 N Tatum Blvd.
Suite 200-192
Phoenix, AZ 85028
Email: tkent@kentlawpc.com
*Attorneys for Plaintiff*

Mark S Sifferman
Clark Hill PLC - Scottsdale, AZ
14850 N Scottsdale Rd.
Suite 500
Scottsdale, AZ 85254
Email: msifferman@clarkhill.com
*Attorneys for Gateway One Lending & Finance LLC*

DATED: December 16, 2016

  s/ J Anthony Love

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Barton,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-00655-GMS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

## **ORDER OF DISMISSAL**

Having considered the parties' stipulation, and for good cause appearing,

IT IS ORDERED:

1. That the Stipulation for Dismissal is granted;

2. That Defendant Equifax Information Services, LLC is dismissed with prejudice;

3. That each party shall bear its own costs and attorneys' fees;

4. That the Clerk of Court shall terminate Defendant Equifax Information Services LLC as a party in this action; and

5. That the Clerk of the Court shall remove Defendant Equifax Information Services LLC and its attorneys of record from receiving ECF Notifications.