# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Barton,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>　　　　　　　Defendants. | No. CV-16-00655-PHX-GMS<br><br>**ORDER** |

　　　Pursuant to the Stipulation of Dismissal (Doc. 59) filed by Defendant Equifax Information Services LLC and Plaintiff, and good cause appearing,

　　　**IT IS ORDERED** granting the Stipulation. Defendant Equifax is dismissed from this action with prejudice.

　　　Dated this 19th day of December, 2016.

　　　　　　　　　　　　_____
　　　　　　　　　　　　Honorable G. Murray Snow
　　　　　　　　　　　　United States District Judge