Mark S. Sifferman, SBN 006600
**CLARK HILL PLC**
14850 North Scottsdale Road, Suite 500
Scottsdale, AZ 85254
Telephone: (480) 684-1103
Facsimile: (480) 684-1163
Email: msifferman@clarkhill.com
*Attorneys for Defendant*
*Gateway One Lending & Finance, LLC*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| David Barton,<br><br>    Plaintiff,<br><br>    vs.<br><br>Experian Information Solutions, Inc., an Ohio corporation, Equifax Information Services, LLC, a Georgia corporation, and Gateway One Lending & Finance, LLC, a foreign L.L.C.,<br><br>    Defendants. | Case No. No. 2:16-cv-00655-GMS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GATEWAY ONE LENDING & FINANCE, LLC** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the remaining parties in this action, Plaintiff David Barton ("Plaintiff") and Defendant Gateway One Lending & Finance, LLC ("Gateway One"), through their counsel, that any and all claims of the Plaintiff against Defendant Gateway One are hereby dismissed with prejudice. The parties further stipulate that the effect of this Stipulation will be to dismiss the entire action against Gateway One with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-entitled action against Gateway One with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this Stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with this action.

**DATED** this 15th day of February, 2017.

By  */s/ Trinette G. Kent*
   Trinette G. Kent
   **KENT LAW OFFICE**
   10645 N. Tatum Blvd.
   Suite 200-192
   Phoenix, AZ 85028
   Email: tkent@kentlawpc.com

   Gary Nitzkin
   **MICHIGAN CONSUMER CREDIT LAWYERS**
   22142 W. Nine Mile Road
   Southfield, MI 48033
   Email: gary@micreditlawyer.com

   *Attorneys for Plaintiff David Barton*

By  */s/ Mark S. Sifferman*
   Mark S. Sifferman
   **CLARK HILL PLC**
   14850 North Scottsdale Road, Suite 500
   Scottsdale, AZ 85254
   Email" msifferman@clarkhill.com

   *Attorneys for Defendant Gateway One Lending & Finance, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that on February 15th, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing for distribution to all registered CM/ECF registrants.

*/s/ Deborah J Lukas*

205471426.1 44781/195924